### SCOTT *v.* THE STATE.

BECK, J. This case is in principle controlled by that of *Heywood* v. *State,* ante. The court erred in not granting a new trial.

*Judgment reversed. All the Justices concur.*

Submitted April 17,—Decided May 14, 1906.

Accusation of carrying concealed weapon. Before Judge Bush. City court of Camilla. January 27, 1906.

*E. E. Cox* and *E. M. Davis,* for plaintiff in error.

*Sam. S. Bennet, solicitor,* contra.